# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-02903-RM-MJW

ANNA COREY,

    Plaintiff,

v.

JAMES J. STANDLEY, an individual, d/b/a STANDLEY & ASSOCIATES, LLC, a Colorado limited liability company, and
GTF SERVICES, LLC, a Colorado limited liability company,

    Defendant.

___

## ORDER DISMISSING CASE WITH PREJUDICE
___

THE COURT having reviewed the Notice of Dismissal with Prejudice (ECF No. 10), filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

DATED this 13th day of December, 2013.

                    BY THE COURT:

                    _____
                    RAYMOND P. MOORE
                    United States District Judge